**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1793**

_____

MARK A. WARD,

                                    Plaintiff - Appellant,

          versus

PETER E. MALONEY, Plan Administrator, LIN
Television Corporation,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, Senior
District Judge.  (1:05-cv-00424-WLO)

_____

Submitted:  October 11, 2007          Decided:  October 15, 2007

_____

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark A. Ward, Appellant Pro Se. William McCardell Furr, WILLCOX &
SAVAGE, Norfolk, Virginia; Robert K. Taylor, PARTRIDGE, SNOW &
HAHN, LLP, Providence, Rhode Island, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Ward appeals the district court's order denying his post judgment motion for the district court judge to recuse himself. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ward v. Maloney</u>, No. 1:05-cv-00424 (M.D.N.C. July 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>